**Order entered January 14, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01208-CV

### ROY D. MITCHELL, Appellant

### V.

### CITY OF DALLAS, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-09853**

## ORDER

Before the Court is appellant's January 10, 2019 motion for re-trial. We **DENY** the motion. The appellate record is now complete and appellant's brief on the merits is due **January 18, 2019**. *See* TEX. R. APP. P. 38.6(a).

/s/    KEN MOLBERG
          JUSTICE